[This opinion has been published in *Ohio Official Reports* at 77 Ohio St.3d 1202.]

**CITY OF COLUMBUS, APPELLEE, *v*. COPLEY, APPELLANT.**

**[Cite as *Columbus v. Copley*, 1996-Ohio-342.]**

*Appeal dismissed as improvidently allowed.*

(No. 95-1828—Submitted October 9, 1996—Decided November 6, 1996.)

APPEAL from the Court of Appeals for Franklin County, No. 95APC06-756.

————————————

*Ronald J. O'Brien*, City Attorney, *David M. Buchman*, City Prosecutor, and *Brenda J. Keltner*, Assistant City Prosecutor, for appellee.

*Max Kravitz*, for appellant.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

————————————